**Motion Granted; Appeal Reinstated and Order filed December 10, 2019**



**In The**

# Fourteenth Court of Appeals

_____

## NO. 14-19-00529-CV
_____

## DAVID H. BERG & ASSOCIATES PC D/B/A BERG & ANDROPHY AND JOEL ANDROPHY, Appellant

### V.

## AFFILIATED SOLUTIONS D/B/A LITCAP, Appellee

**On Appeal from the 295th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2016-58408**

## ORDER

Following mediation, the parties have filed a joint motion to reinstate the appeal and enter a briefing schedule. The motion is GRANTED.

We order:

- Appellants' brief is due within 60 days from the date of this order;
- Cross-appellant's and appellee's brief are due within 60 days from the filing of appellants' brief;

- Appellants' response to cross-appellant's brief and appellants' reply to appellee's brief are due within 30 days from the filing of cross-appellant's and appellee's briefs; and

- Appellee's reply to cross-appellee's brief is due within 30 days from the filing of cross-appellee's brief.



PER CURIAM


Panel Consists of Chief Justice Frost and Justices Christopher and Bourliot.